**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Chris Jackson

                 Plaintiff,

v.                                        Case No.: 1:25–cv–11419
                                        Honorable Sunil R. Harjani

Grizzly Industrial, Inc.

                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 7, 2026:

       MINUTE entry before the Honorable Sunil R. Harjani: In light of the notice of dismissal [12], this matter is dismissed pursuant to Rule 41(a)(1)(A)(i), with prejudice. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.